IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBOCAST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 10-1055 (RGA) |
| | ) | |
| MICROSOFT CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of (1) *Plaintiff Robocast, Inc.'s Objections and Responses to Defendant Microsoft Corporation's First Set of Interrogatories (Nos. 1-13)* and (2) *Plaintiff Robocast, Inc.'s Objections and Responses to Microsoft Corporation's First Set of Requests for Production of Documents and Things (Nos. 1-53)* were caused to be served on February 13, 2012 upon the following in the manner indicated:

William J. Marsden, Jr., Esquire                     *VIA ELECTRONIC MAIL*
Tara D. Elliott, Esquire
Linhong Zhang, Esquire
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801

Whitney A. Reichel, Esquire                          *VIA ELECTRONIC MAIL*
Adam J. Kessel, Esquire
Frank E. Scherkenbach, Esquire
Kurt L. Glitzenstein, Esquire
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA  02110-1878

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Thomas C. Grimm*

_____

Thomas C. Grimm (#1098)
Rodger D. Smith II (#3778)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
tgrimm@mnat.com
rsmith@mnat.com
  *Attorneys for Robocast, Inc.*

OF COUNSEL:

Steven J. Rizzi
Akiva Cohen
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY  10016-1314
(212) 682-7474

Richard S. Florsheim
FOLEY & LARDNER LLP
777 E. Wisconsin Avenue
Milwaukee, WI  53202-5306
(414) 271-2400

Gina A. Bibby
FOLEY & LARDNER LLP
975 Page Mill Road
Palo Alto, CA  94303-1013
(650) 856-3700

February 13, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

> William J. Marsden, Jr., Esquire
> Tara D. Elliott, Esquire
> Linhong Zhang, Esquire
> FISH & RICHARDSON P.C.

I further certify that I caused copies of the foregoing document to be served on February 13, 2012 upon the following in the manner indicated:

William J. Marsden, Jr., Esquire                    *VIA ELECTRONIC MAIL*
Tara D. Elliott, Esquire
Linhong Zhang, Esquire
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801

Whitney A. Reichel, Esquire                         *VIA ELECTRONIC MAIL*
Adam J. Kessel, Esquire
Frank E. Scherkenbach, Esquire
Kurt L. Glitzenstein, Esquire
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA  02110-1878

*/s/ Thomas C. Grimm*

_____

Thomas C. Grimm (#1098)

## <u>CERTIFICATE OF SERVICE</u>

I, hereby certify that on February 13, 2013 copies of the foregoing were caused to

be served upon the following in the manner indicated:

William J. Marsden, Jr., Esquire                              *VIA ELECTRONIC MAIL*
Tara D. Elliott, Esquire
Linhong Zhang, Esquire
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801

Whitney A. Reichel, Esquire                                  *VIA ELECTRONIC MAIL*
Adam J. Kessel, Esquire
Frank E. Scherkenbach, Esquire
Kurt L. Glitzenstein, Esquire
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA  02110-1878


*/s/ Thomas C. Grimm*
_____
Thomas C. Grimm (#1098)