IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBOCAST INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 10-1055-RGA |
| | : | |
| MICROSOFT CORPORATION, | : | |
| | : | |
| Defendant. | : | |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROBOCAST INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 11-235-RGA |
| | : | |
| APPLE INC., | : | |
| | : | |
| Defendant. | : | |

**ORDER**

The Court having received a Report and Recommendation (D.I.309 in C.A. 10-1055-RGA, and D.I. 314 in C.A. 11-235-RGA), and the time for filing objections having passed, and no objections being filed, IT IS HEREBY ORDERED that the Report and Recommendation (D.I. 309 and 314) are ADOPTED IN FULL.

December 2, 2013
Date

Richard G. Andrews
United States District Judge