IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**Robocast, Inc.,**

        Plaintiff,

v.

**Microsoft Corporation,**

        Defendant.

Civil Action No. 10-1055-RGA

ORDER

Presently before the Court is Defendant Microsoft's Omnibus Motion for Summary Judgment (D.I. 298) and related briefing (D.I. 299, 365, 467). Also before the Court is Plaintiff Robocast, Inc.'s Motion for Summary Judgment of No Unenforceability and No Unclean Hands (D.I. 295) and related briefing (D.I. 296, 360, 410). For the reasons discussed in the accompanying Memorandum Opinion, it is hereby ORDERED:

Defendant's Motion (D.I. 298) is **GRANTED IN PART** and **DENIED IN PART**.

Plaintiff's Motion (D.I. 295) is **DENIED**.

Entered this 21st day of February, 2014.

*Richard G. Andrews*
United States District Judge