**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROBOCAST, INC.,  )  | |
| )  | |
| Plaintiff,  )  | |
| )  | |
| v.  )  | C.A. No. 10-1055-RGA |
| )  | |
| MICROSOFT CORPORATION,  )  | **REDACTED VERSION** |
| )  | |
| Defendant.  )  | |
| )  | |
| )  | |

**EXHIBIT G TO JOINT [PROPOSED] PRE-TRIAL ORDER (D.I. 508)**

| | |
|---|---|
| BAYARD, P.A. | FISH & RICHARDSON P.C. |
| | |
| Richard D. Kirk (#0922) | Thomas L. Halkowski (No. 4099) |
| Stephen B. Brauerman (#4952) | 222 Delaware Avenue, 17th Floor |
| 222 Delaware Avenue, Suite 900 | P. O. Box 1114 |
| P.O. Box 25130 | Wilmington, DE 19899-1114 |
| Wilmington, DE 19899 | (302) 652-5070 Telephone |
| (302) 655-5000 | (302) 652-0607 Facsimile |
| rkirk@bayardlaw.com | halkowski@fr.com |
| sbrauerman@bayardlaw.com | |
| | **ATTORNEYS FOR DEFENDANT** |
| **ATTORNEYS FOR PLAINTIFF** | **MICROSOFT CORPORATION** |
| **ROBOCAST, INCORPORATED** | |