**EXHIBIT G IS REDACTED IN ITS ENTIRETY.**